**No. 54131.**—Cluff & Pickering, Ltd., et al. *v.* United States, protests 71838–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 54132.**—Wine Shippers Import Corp. et al. *v.* United States, protests 92866–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 54133.**—W. A. Taylor & Co. et al. *v.* United States, protests 131919–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 54134.**—Schenley Import Corp. et al. *v.* United States, protests 132116–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, MARCH 21, 1950

**No. 54135.**—Dr. Halfdan Hebo *v.* United States, protest 148924–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the substance passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.